UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TERRY DAUM,

                    Petitioner,

- versus -

THOMAS LAVALLEY,

                    Respondent.

ORDER

13-CV-3730

JOHN GLEESON, United States District Judge:

On June 24, 2013, petitioner Terry Daum, presently incarcerated at Clinton Correctional Facility, commenced this *pro se* action pursuant to 28 U.S.C. § 2254. Daum failed to sign his petition. Moreover, his submission did not include the requisite filing fee required to commence this action. By letter entered July 8, 2013 the office of the Clerk of Court instructed Daum that in order to proceed, he must return a completed *in forma pauperis* ("IFP") application or pay the five dollar fee within 14 days from receipt of the letter.

More than 14 days have elapsed and the Court has not received any response from Daum. In light of petitioner's *pro se* status, the Court grants Daum additional time to return a signed petition and to file an IFP application. However, if Daum fails to comply with this order within 30 days, the action will be dismissed without prejudice. The Clerk of Court shall include a copy of Daum's petition and an IFP application with this order.

                                            So Ordered.

                                            John Gleeson, U.S.D.J.

Dated: August 2, 2013
       Brooklyn, New York